1
2
3
4
5
6
7

Richard A. Smith, Esq. (SBN 062835)
**LAWYERS FOR ADA RIGHTS**
3111 Camino Del Rio N. Suite 400
San Diego, CA 92108
(619) 541-3922
Asmith@ada-laws.com

Attorney for Plaintiff
Vern Robert Theroux Jr.

8

9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| VERN ROBERT THEROUX JR., an individual; <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT HILL INVESTMENTS, LLC, a California Limited Liability Company; JEFFRY SCOTT KERBS, D.D.S., a California Professional Corporation; and Does 1-10, inclusive <br><br> Defendants. | **Case No**. 20-CV-0465-W-BLM <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)** <br><br> Magistrate Judge: Honorable Barbara Lynn Major <br><br> Date Action filed: 03/11/20 |

19
20
21

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(i), the Plaintiff dismisses this action with prejudice as to all parties. Each party to bear his/her/its own attorneys' fees and costs.

22
23

Dated:        April 27, 2020        LAWYERS FOR ADA RIGHTS

24
25
26
27

By:/s/ Richard A. Smith
Richard A. Smith, Esq.
Attorney for Plaintiff

28